```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  CATHERINE CHYI
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2810
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) Cr. No. S-11-042 KJN
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND [PROPOSED] ORDER
13       v.                      ) TO CONTINUE TRIAL CONFIRMATION
                                 ) HEARING AND JURY TRIAL
14  MARTHA GUERRA                )
                                 ) DATE:  April 6, 2011
15            Defendant.         ) TIME:  9:00 a.m.
                                 ) JUDGE: Hon. Kendall J. Newman
16  _____ )
```

17     IT IS HEREBY STIPULATED and agreed to between the United

18 States of America, through Jill Thomas, Assistant United States

19 Attorney, and defendant, MARTHA GUERRA, by and through her

20 counsel, Linda Harter, Chief Assistant Federal Defender, that the

21 previously scheduled trial confirmation hearing date of April 6,

22 2011, and jury trial set for April 25, 2011, be vacated and a

23 trial confirmation hearing be set for May 4, 2011, at 9:00 a.m.

24 with a jury trial of May 23, 2011 at 9:00 a.m.

25 ///

26 ///

27 ///

28 ///

1

Continuance is requested because more time for is needed by the parties to prepare for trial. The parties further agree that time should be excluded from the date of this [Proposed] Order until trial which is set for May 23, 2011, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).

DATED: April 5, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                              By: /s/ Jill Thomas
                                  JILL THOMAS
                                  Assistant U.S. Attorney

DATED: April 5, 2011          DANIEL J. BRODERICK
                              Federal Defender

                              By: Rachelle Barbour for
                                  LINDA HARTER
                                  Attorney for Defendant

ORDER

IT IS SO ORDERED.

DATED: April 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2