1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID SNAPP AND TIMOTHY KELLY
4  Certified Student Attorneys
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  MARTHA GUERRA

9

10
                IN THE UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,    )  No. 11-CR-00042-KJN
15                              )
              Plaintiff,        )  STIPULATION AND ORDER TO CONTINUE
16                              )  TRIAL CONFIRMATION HEARING AND
        v.                      )  JURY TRIAL
17                              )
   MARTHA GUERRA,               )
18                              )
              Defendant.        )  Date:  July 13, 2011
19                              )  Time:  9:30 A.M.
   _____ )  Judge: Hon. Kendall J. Newman
20

21
        It is hereby stipulated and agreed to between the United States of
22
   America through David L. Stevens, Special Assistant U.S. Attorney, and
23
   defendant, MARTHA GUERRA, by and through her counsel, Linda C. Harter,
24
   Chief Assistant Federal Defender, that the trial confirmation hearing
25
   on May 4, 2011 at 9:00 a.m. be continued to June 22, 2011 at 9:00 a.m.
26
   and the jury trial on May 23, 2011 at 9:00 a.m. be continued to July
27
   13, 2011 at 9:30 a.m.
28

A continuance is requested because both parties need more time to prepare for trial. The Certified Law Students involved in this case will have their last day in their respective offices before the currently scheduled May 23, 2011 jury trial date and their cases given to their supervising attorneys. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order until July 13, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

DATED: May 2, 2011   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MARTHA GUERRA

DATED: May 2, 2011   BENJAMIN B. WAGNER
United States Attorney

/s/ David L. Stevens
DAVID L. STEVENS
Special Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: May 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order

-2-