1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    LINDA C. HARTER, CA Bar #179741
     Chief Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5

6

7    Attorney for Defendant
     MARTHA GUERRA

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14   UNITED STATES OF AMERICA,        )   No. 11-CR-00042-KJN
                                       )
15                 Plaintiff,          )   STIPULATION AND ORDER TO CONTINUE
                                       )   TRIAL CONFIRMATION HEARING AND
16        v.                           )   JURY TRIAL
                                       )
17   MARTHA GUERRA,                    )
                                       )
18                 Defendant.          )   Date:  July 18, 2011
                                       )   Time:  9:30 A.M.
19   _____ )   Judge: Hon. Kendall J. Newman

20

21        It is hereby stipulated and agreed to between the United States of

22   America through David L. Stevens, Special Assistant U.S. Attorney, and

23   defendant, MARTHA GUERRA, by and through her counsel, Linda C. Harter,

24   Chief Assistant Federal Defender, that the trial confirmation hearing

25   on June 22, 2011 at 9:00 a.m. be continued to June 29, 2011 at 9:00

26   a.m. and the jury trial on July 13, 2011 at 9:00 a.m. be continued to

27   July 18, 2011 at 9:00 a.m.

28        A continuance is requested because both parties need more time to

1   prepare for trial and defense needs more time to gather records. The

2   parties stipulate that for the purpose of computing time under the

3   Speedy Trial Act, the Court should exclude time from the date of this

4   order until July 18, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local

5   Code T4].

6

7   DATED: June 21, 2011                    Respectfully submitted,

8                                           DANIEL J. BRODERICK
                                            Federal Defender

9

10                                          /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
11                                          Attorney for Defendant
                                            MARTHA GUERRA

12

13

14  DATED: June 21, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

15

16                                          /s/ David L. Stevens
                                            DAVID L. STEVENS
                                            Special Assistant U.S. Attorney
17                                          Attorney for Plaintiff

18                          **O R D E R**

19      **IT IS SO ORDERED.**

20  DATED: June 21, 2011.

21

22

23

24  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Stipulation and Proposed Order