BENJAMIN B. WAGNER
United States Attorney
DAVID STEVENS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2811

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-cr-00042-KJN |
|---|---|---|
| Plaintiff, | ) | ORDER SETTING |
| | ) | HEARING TO CONSIDER REVOCATION |
| v. | ) | OF PRETRIAL RELEASE |
| MARTHA GUERRA, | ) | |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |

It is Hereby Ordered that the defendant appear on July 20, 2011, at 9:00 a.m., to show cause why the pretrial release should not be revoked.

IT IS SO ORDERED.

Dated: July 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE