DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant
Martha Guerra

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTHA GUERRA,<br><br>　　　　Defendant | Case No.:  2:11-CR-00042 KJN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |

　　　The parties hereby stipulate that the defendant Martha Guerra's Judgment and Sentencing, currently scheduled for January 25, 2012 at 9:00 a.m. be continued to February 22, 2012 at 9:00 a.m.   Counsel for Defendant, Danny D. Brace, Jr., has been assigned a jury trial courtroom in the Sacramento County Superior Court, Department 29. Trial is expected to last until approximately January 26, 2012.

　　　　The parties further request that this matter be taken off the January 25, 2012, calendar and be rescheduled to February 22, 2012 at 9:00 a.m..

Stipulation and Order - 1

Respectfully submitted,

Date:   1-17-12                                          By:     /s/ Danny D. Brace, Jr.,
                                                                 DANNY D. BRACE, JR.,
                                                                 Attorney for
                                                                 Martha Guerra


Date:   1-17-12                                          By:     /s/ David Petersen
                                                                 Authorized to sign for Mr. Petersen
                                                                 On January 17, 2012
                                                                 DAVID PETERSEN
                                                                 Assistant U.S. Attorney

### ORDER

The parties' stipulation (Dkt. No. 68) is HEREBBY APPROVED.

IT IS SO ORDERED.

**Date:  1/17/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:nkd