BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:11-CR-00042 JAM |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST FOR A |
| | ) | STAY OF IMPOSITION OF THE TERM |
| v. | ) | OF IMPRISONMENT PENDING APPEAL |
| | ) | |
| MARTHA GUERRA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ordered that the defendant's request for a stay
of imposition of the term of imprisonment, pending appeal, is
denied.

IT IS SO ORDERED.

Dated: 3/29/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. District Court Judge