DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant
Martha Guerra

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>MARTHA GUERRA,<br><br>             Defendant | Case No.:  2:11-CR-00042 JAM<br><br>STIPULATION TO CONTINUE APPEAL HEARING |

    The parties hereby stipulate that the defendant Martha Guerra's Appeal Hearing, currently scheduled for June 5, 2012 at 9:45 a.m. be continued to June 26, 2012 at 9:45 a.m. Counsel for Defendant, Danny D. Brace, Jr., has had limited contact with Defendant Guerra since she is incarcerated until July 3, 2012 and therefore needs additional time for preparation.

    The parties further request that this matter be taken off the June 5, 2012, calendar and be rescheduled to June 26, 2012 at 9:45 a.m..

                                         Respectfully submitted,

Date:  6-4-12                                  By:    /s/ Danny D. Brace, Jr.,
                                                                     DANNY D. BRACE, JR.,
                                                                     Attorney for

Stipulation and Order - 1

PDF created with pdfFactory trial version www.pdffactory.com

Martha Guerra

Date:  6-4-12                              By:     /s/ David Petersen
                                                   Authorized to sign for Mr. Petersen
                                                   On June 4, 2012
                                                   DAVID PETERSEN
                                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:  6/4/2012**

/s/ John A. Mendez
HON. JOHN A. MENDEZ

Stipulation and Order - 2

PDF created with pdfFactory trial version www.pdffactory.com